YANKEY REPORTING
5203  ROBERTSON COURT
CRESTWOOD, KENTUCKY
502/939-6211


SEPTEMBER 27, 2012
INVOICE: 121105
FOR STATEMENT NOT UNDER OATH AND DEPOSITION TESTIMONY
OF DANNY BUTLER


TRANSCRIPT TOTAL PAGES: 135 @ $4.10 PER PAGE          $553.50
APPEARANCE FEE 6 HOURS @$20.00 PER PAGE               $120.00
MILEAGE 150 MILES @55.5 PER MILE                     $83.25
CONDENSED PAGES 34 @.35 PER PAGE                      $11.90
WORD INDEX 30 PAGES @.40 PER PAGE                     $12.00
                                                   --------------------
                        TOTAL COST:                  $780.65